UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ROBERSON, | No. 2:24-cv-0281 KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK EATON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of mandate, together with an application to proceed in forma pauperis.

Review of the petition demonstrates that the instant action was improvidently opened as a new case. In Roberson v. People of the State of California, No. 2:22-cv-1557 DAD DB P (E.D. Cal.),[1] petitioner filed a petition for writ of mandate on January 22, 2024, and exhibits supporting such petition. Id. (ECF No. 23 and 23-1.) Thus, the Clerk of the Court is directed to file the instant petition and motion to proceed in forma pauperis in case No. 2:22-cv-1557 DAD DB P, and the instant case shall be terminated. Petitioner shall refer to case No. 2:22-cv-1557 DAD DB P in future filings related to his request for writ of mandate.

---

[1] A court may take judicial notice of court records. See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the instant petition and motion to proceed in forma pauperis (ECF Nos. 1 & 2) in <u>Roberson v. People of the State of California</u>, No. 2:22-cv-1557 DAD DB (E.D. Cal.); and

2. This action (No. 2:24-cv-0281 KJN) is terminated.

Dated:  February 5, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robe0281.clo